FILED
2024 NOV 8 AM 9:12
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL D. BASSETT, Special Assistant United States Attorney (#10359)
Attorneys for the United States of America
Office of the Staff Judge Advocate
6026 Cedar Lane, Building 1278
Hill Air Force Base, Utah 84056
Telephone: 801-586-4191
Email: michael.bassett.1@us.af.mil

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00049-JCB |
|---|---|
| Plaintiff, | MISDEMEANOR INFORMATION |
| vs. | COUNT I: Violation of Defense Property Security Regulations, 50 U.S.C. § 797 |
| SHELBY M. JONES, | |
| Defendant. | Magistrate Judge Jared C. Bennett |

The United States Attorney charges:

### COUNT I

Violation of security regulations – *a class A misdemeanor*

On or about the 12th day of July 2024, in the Northern Division of the District of Utah,

SHELBY M. JONES,

the defendant herein, at Hill Air Force Base Utah, an area subject to the exclusive or concurrent jurisdiction of the United States, did willfully violate a defense property security regulation to wit: Hill Air Force Base Instruction 31-106, paragraphs ¶2.2 and ¶2.3, in that you failed to register your privately owned firearms, in violation of a defense security regulation 50 U.S.C. § 797.

### PROBABLE CAUSE STATEMENT

The undersigned declares under penalty of perjury that the information set forth in this Information is true and correct to the best of his knowledge. The information herein is summarized in United States District Court Violation Notices 9417582 prepared by patrolman Sheldon D. Cox, on July 12, 2024, based on the observations, interviews, and investigation conducted by patrolman Cox and officers TSgt Michael Haney, TSgt Christopher Baca, SSgt Austin Cavenaugh, SSgt David Ramirez, SrA Hughes.

On the night of 12 July 2024, Patrolman Sheldon D. Cox a law enforcement officer, was on scene at a possible domestic disturbance at the residence of Shelby Jones and Sierra Jones at 4369A Lincoln Circle, Hill AFB, UT for a domestic dispute. During the investigation, it was discovered that there were three firearms that were not registered at Hill AFB, UT 84056. There was one black in color Diamondback Firearms DB-15 rifle (S/N DB2644621) that was located in Shelby Jones's closet in his room. There was also one gold, silver, and black Derringer Philadelphia flint lock pistol that was located in the living room area, but Shelby Jones advised officers that he purchased it. There was also one 12 Gauge brown in color New England Firearms Pardner Pump shotgun (S/N NU500874) that was located in Sierra Jones's closet, but Shelby Jones stated that it was his firearm that had been passed down to him. Officer Cox then took possession of all three firearms, the ammunition, magazines, and parts that were with them and turned them over to TSgt Haney for transport to Bldg 408, Hill AFB.

DATED this 7th day of November, 2024.

        TRINA A. HIGGINS  
        United States Attorney

        */s/ MICHAEL D. BASSETT* (Electronically signed)  
        MICHAEL D. BASSETT (#10359)  
        Special Assistant United States Attorney